# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA IRMA ROMERO,<br><br>   Plaintiff,<br><br>   v.<br><br>NANCY A. BERRYHILL, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. **1:16-cv-00213-EPG**<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE**<br><br>(ECF No. 15) |

On February 1, 2017, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 15.) All parties have agreed to the stipulation. In light of the stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated:   **February 2, 2017**          /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

1